**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:  JEREMY A. TER LOUW                                    Case No.  13-30900
        CARIE J TER LOUW
                                                              Chapter 13
        Debtor(s)

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the debtor (s) on **April 9, 2013**, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);

**It is ORDERED that**:

(1)    the Plan as filed or modified is CONFIRMED.
(2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be *de minimis*, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.
(4)    Other provisions:

Dated: May 15 2013                                 /s/ Douglas O. Tice Jr.
                                                   United States Bankruptcy Judge

RICHMOND, VIRGINIA

I ASK FOR THIS:
                                                   NOTICE OF JUDGMENT OR ORDER
                                                   Entered On Docket 5/15/13

/s/Robert E. Hyman
Robert E. Hyman
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979
VSB #5578

**PARTIES TO RECEIVE COPIES:**
Jeremy A & Carie J Ter Louw
6103 Salem Oaks Terrace
Richmond, VA 23237

```
                       United States Bankruptcy Court
                        Eastern District of Virginia
In re:                                                       Case No. 13-30900-DOT
Jeremy A Ter Louw                                            Chapter 13
Carie J Ter Louw
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0422-7       User: luedecket          Page 1 of 2        Date Rcvd: May 15, 2013
                           Form ID: pdford3         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2013.
db/jdb       +Jeremy A Ter Louw,   Carie J Ter Louw,   6103 Salem Oaks Terrace,   Richmond, VA 23237-3853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 17, 2013**          **Signature:**   _Joseph Speetjens_

```
District/off: 0422-7           User: luedecket             Page 2 of 2                  Date Rcvd: May 15, 2013
                               Form ID: pdford3            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2013 at the address(es) listed below:
         Johnie Rush Muncy    on behalf of Creditor    JPMorgan Chase Bank, National Association
          jmuncy@siwpc.com,
          drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;ecfva1@siw
          pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;
         Nupa  Agarwal    on behalf of Joint Debtor Carie J Ter Louw agarwaligotnotices@gmail.com,
          nupaagarwal@gmail.com,debbie.nupaagarwal@gmail.com
         Nupa  Agarwal    on behalf of Debtor Jeremy A Ter Louw agarwaligotnotices@gmail.com,
          nupaagarwal@gmail.com,debbie.nupaagarwal@gmail.com
         Robert E. Hyman    station08@ricva.net,
          notices@access13.com;station03@ricva.net;station05@ricva.net;station06@ricva.net;station07@ricva.
          net;station10@ricva.net;station09@ricva.net;station16@ricva.net;station11@ricva.net;station12@ric
          va.net;kari
                                                                                                                 TOTAL: 4